IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| -v- ) | Case No. 1:17-cv-01740-WCG |
| ) | |
| Gary L. Pansier and Joan R. Pansier, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2018, I filed the attached original and one (1) copy of the **MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**, plus the **PROPOSED ORDER** by U.S. Postal Service Certified Mail #7015 3430 0000 8602 2780, to Stephen C. Dries, Clerk of Court for the United States, ED-WI, 517 E. Wisconsin Avenue, Room 362, Milwaukee, Wisconsin, 53202-4581.

A true and correct copy of the foregoing was sent by U.S. Postal Service via First Class Mail on this same day to:

LaQuita J. Taylor-Phillips
United States Department of Justice, D.C.
Tax Division
Ben Franklin Station
555 4th Street NW
P.O. Box 7238
Washington, DC 20044-7238

Respectfully submitted,
All Rights Reserved,

By: _____
Joan R. Pansier, Defendant