# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No. 17-C-1740

GARY L. PANSIER and JOAN R. PANSIER,

        Defendant.

## ORDER

Defendants have filed a motion for an extension of time to answer the complaint. They seek an extension of 60 days, noting that the complaint seeks to reduce to judgment tax assessments that go back four to twenty-three years. They state they have outstanding Freedom of Information Act requests and need additional time in order to answer the complaint. Defendants also contend that Defendant Gary Pansier suffers from heart failure, coronary disease, and other ailments which require care by Defendant Joan Pansier.

Based upon the foregoing, the motion for an extension of time will be granted, but only until March 9, 2018. In so ruling, the court notes that, in order to file an answer, defendants need not have full knowledge of every allegation of the complaint. If they do not know whether the allegation is true or false, the rules permit them to state that fact and deny the allegations. The court cannot wait as defendants request to receive their responses to Freedom of Information Act requests in order to file an answer.

Finally, the court notes that defendant's motion for an extension of time makes clear that they are able to file a response based upon their personal knowledge as it exists now. Defendants'

time to file an answer is extended to March 9, 2018.  This should be a sufficient amount of time to complete the answer, notwithstanding the significant health problems described by the defendants.

**SO ORDERED** dated this __5th__ day of February, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court

2