IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:17-CV-01740 |
| GARY LEE PANSIER, et al., | ) ) ) | |
| Defendants. | ) | |

NOTICE OF BANKRUPTCY

The United States files this Notice to inform the Court that, on March 19, 2018, defendants Gary Lee Pansier and Joan R. Pansier filed a Chapter 7 voluntary petition in the United States Bankruptcy Court for Eastern District of Wisconsin. *See In re Gary L. Pansier*, 18-22297-beh (USBC E.D. Wis.).

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

/s/ LaQuita Taylor-Phillips
LaQuita Taylor-Phillips
Trial Attorney
Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7945
Facsimile: (202) 514-6770
Email:LaQuita.Taylor-Phillips@usdoj.gov

16430907.1

## CERTIFICATE OF SERVICE

I hereby certify that, on April 6, 2018, I served the foregoing NOTICE OF BANKRUPTCY FILING by first-class mail, postage prepaid, on the following:

>Gary Lee Pansier
>Joan Pansier
>N6755 Loop Lake Road
>Crivitz, Wisconsin 54114

>/s/ LaQuita Taylor-Phillips
>LaQuita Taylor-Phillips
>Trial Attorney
>Tax Division
>U.S. Department of Justice
>Post Office Box 7238
>Ben Franklin Station
>Washington, D.C. 20044

16430907.1