UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 17-C-1740

GARY LEE PANSIER and
JOAN R. PANSIER,

    Defendants.

## ORDER FOR STAY

Gary Lee Pansier and Joan R. Pansier, individual defendants in the above action, have filed a bankruptcy case pursuant to Chapter 7 of the Bankruptcy Code in the Eastern District of Wisconsin. The Court received notice of the Chapter 7 filing on April 6, 2018. Based upon the provisions of 11 U.S.C. § 362, this matter is stayed and shall be administratively closed pending the issuance of an order of the Bankruptcy Court for dismissal, discharge, or the granting of relief from the stay. The parties are ordered to promptly notify this Court of the issuance of any such order within a reasonable time after the order issues.

**SO ORDERED** this  24th  day of April, 2018.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court